UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SCANNED DATE: 3/24/05 BY: M.P.

FILED IN CLERKS OFFICE
2005 FEB 23 P 1:00
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DANIEL J. SULLIVAN, <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> WILLIAM K. WOODRUFF, III, ) <br> WOODRUFF FAMILY, LTD AND ) <br> OPTICAL SWITCH CORPORATION, ) <br> Defendants ) | CIVIL ACTION NO. 05-~~180-MLW~~ <br> 05-10310-MLW |

### MOTION OF LAWRENCE R. MEHL FOR LEAVE TO ADMIT KIRK A. KENNEDY AND SAMUEL L. BOYD TO PRACTICE IN A PARTICULAR CASE

Pursuant to Local Rule 83.5.3(b), Lawrence R. Mehl, an attorney at the firm of John N. Lewis & Associates, moves the Court for leave to allow Kirk A. Kennedy, Esq. and Samuel L. Boyd, Esq. at the Law Firm of Boyd & Associates, University Tower, Suite 600, 6440 N. Central Expressway, Dallas, Texas 75206, to practice before this Court on behalf of the Defendants in the above-captioned matter.

In support of this Motion, the undersigned states:

1. I am a member of the bar of this Court, and have filed an appearance on behalf of the defendants.

2. Attorney Kennedy and attorney Boyd have executed a certification which complies with the provisions of Local Rule 83.5.3(b), a copy of which certification is attached as Exhibit A.

3. The undersigned supports this application and shall also appear on behalf of the Defendants. John N. Lewis & Associates will receive service of pleadings, documents and communications from Plaintiff's counsel and the Court on behalf of the Defendants.

WHEREAS, the undersigned respectively moves the Court to grant the present motion and allow Kirk A. Kennedy and Samuel L. Boyd to appear on behalf of the Defendants in the above-captioned matter.

Respectfully Submitted,

Lawrence R. Mehl (BBO #566235)
JOHN N. LEWIS & ASSOCIATES
21 Merchants Row, 5th Floor
Boston, MA 02109
(617) 523-0777

Dated: February 22, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing document was served via U.S. Mail upon counsel for the Plaintiff, Victor H. Polk, Jr., Bingham McCutchen LLP, 150 Federal Street, Boston, MA 02110.

Lawrence R. Mehl          February 22, 2005

EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL J. SULLIVAN,<br>Plaintiff | )<br>)<br>) |
| v. | )<br>) CIVIL ACTION No. 05-180-MLW<br>) |
| WILLIAM K. WOODRUFF, III<br>WOODRUFF FAMILY, LTD. and<br>OPTICAL SWITCH CORPORATION,<br>Defendants | )<br>)<br>)<br>) |

CLERKS OFFICE
2005 FEB 23 P 1: 00
U.S. DISTRICT COURT
DISTRICT OF MASS

### CERTIFICATION OF SAMUEL L. BOYD FOR ADMISSION, PRO HAC VICE

I, Samuel L. Boyd, hereby certify as follows:

1. I am an attorney at the Law Firm of Boyd & Associates, University Tower, Suite 600, 6440 N. Central Expressway, Dallas, TX 75206-4101.

2. I am a member in good standing of the bar of the state of Texas. I also am admitted to practice before, and in good standing with, the United States District Court, Northern District of Texas and the United States Court of Appeals for the Fifth Circuit.

3. I understand that I am charged with knowing and complying with the Rules of the Court. I have never been disciplined by any Court for any reason. There are no pending disciplinary proceedings against me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Samuel L. Boyd

Dallas Texas
February 22, 2005