**ORIGINAL**

SCANNED
DATE: 3/22/05
BY: M.P.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED CLERKS OFFICE

2005 FEB 22 P 3: 13

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| DANIEL J. SULLIVAN, | § |
| | § |
| | § CASE NO. 05-CV-10310-MLW |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| WILLIAM K. WOODRUFF, III, | § |
| WOODRUFF FAMILY, LTD. and, | § |
| OPTICAL SWITCH CORPORATION, | § |
| | § |
| Defendants. | § |

### CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL

This is to certify that a true and correct copy of the *Notice of Removal* to the United States District Court for the District of Massachusetts was served on this 17th day of February 2005 via Federal Express upon the parties on the attached service list:

Dated: February 18, 2005

                                        Respectfully submitted,

                                        BOYD & ASSOCIATES

                                        */s/ Kirk A. Kennedy*
                                        **Samuel L. Boyd, P.C.**
                                        State Bar No. 02777500
                                        **Kirk A. Kennedy**
                                        State Bar No. 00794080

                                        600 University Tower, LB 48
                                        6440 N. Central Expressway
                                        Dallas, Texas 75206
                                        (214) 696-2300
                                        (214) 363-6856 (fax)

                                        *ATTORNEYS FOR DEFENDANTS WILLIAM*
                                        *K. WOODRUFF, III, WOODRUFF FAMILY,*
                                        *LTD. and OPTICAL SWITCH CORPORATION*

## SERVICE LIST
### Daniel J. Sullivan v. William K. Woodruff, III, et al.
### Case No. 05-CV-10310-MLW

Victor H. Polk
William F. Benson
Serena D. Madar
Bingham McCutcheon LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000
**Attorneys for Plaintiff Daniel J. Sullivan**