UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR -2 P 1: 09

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DANIEL J. SULLIVAN, )<br>     Plaintiff )<br> )<br>v. )<br> )<br>WILLIAM K. WOODRUFF, III, )<br>WOODRUFF FAMILY, LTD AND )<br>OPTICAL SWITCH CORPORATION, )<br>     Defendants ) | CIVIL ACTION NO. 05-10310-MLW |

## NOTICE OF APPARANCE OF CO-COUNSEL FOR THE DEFENDANTS

TO THE Clerk of the Above-Named Court:

Please enter my appearance as co-counsel for the defendants in the above-captioned action.

Respectfully Submitted,
The defendants,
By their attorney,

/s/ Lawrence R. Mehl
Lawrence R. Mehl (BBO #566235)
JOHN N. LEWIS & ASSOCIATES
21 Merchants Row, 5th Floor
Boston, MA  02109
(617) 523-0777

Dated: February 22, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing document was served via U.S. Mail upon counsel for the Plaintiff, Victor H. Polk, Jr., Bingham McCutchen LLP, 150 Federal Street, Boston, MA  02110.

/s/ Lawrence R. Mehl
Lawrence R. Mehl               February 22, 2005

**JOHN H. LEWIS & ASSOCIATES**
ATTORNEYS AT LAW
21 MERCHANTS ROW, 5th FLOOR
BOSTON, MASSACHUSETTS 02109
TELEPHONE (617) 523-0777
FACSIMILE (617) 523-1755

February 28, 2005

Mr. Dennis O'Leary
Courtroom Clerk
United States District Court for
The District of Massachusetts
John Joseph Moakley US Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Daniel J. Sullivan v. William K. Woodruff, III, et al, Civil Action No. 05-10310-MLW

Dear Mr. O'Leary:

It was just brought to my attention that in connection with my Motion Pro Hac Vice filed last week in the above captioned matter, I inadvertently did not enclose my Notice of Appearance which is enclosed. I apologize for any inconvenience this may have caused.

Yours very truly,

Lawrence R. Mehl

Cc:   Victor H. Polk, Jr., Esq.