UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DANIEL J. SULLIVAN<br><br>                  Plaintiff,<br><br>                  v.<br><br>WILLIAM K. WOODRUFF, III,<br>WOODRUFF FAMILY, LTD. and<br>OPTICAL SWITCH CORPORATION<br>                  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)  05-CV-10310-MLW<br>)<br>)<br>)<br>)<br>) |

## **STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT**

It is hereby stipulated by and between the parties through their respective counsel that the defendants are provided until May 12, 2005 within which to respond to the Complaint in the above-referenced action.

| **DANIEL J. SULLIVAN** | **WILLIAM K. WOODRUFF, III,**<br>**WOODRUFF FAMILY, LTD. and**<br>**OPTICAL SWITCH CORPORATION** |
|---|---|
| By: /s/ Serena D. Madar<br>Victor H. Polk, Jr. (BBO # 546099)<br>William F. Benson (BBO # 646808)<br>Serena D. Madar (BBO # 654326)<br>BINGHAM MCCUTCHEN LLP<br>150 Federal Street<br>Boston, MA 02110-1726<br>(617) 951-8000 | By: /s/ Kirk Kennedy<br>Kirk A. Kennedy<br>600 University Tower, L.B. 48<br>6440 N. Central Expressway<br>Dallas, TX 75206<br>(214) 696-2300<br><br>Lawrence R. Mehl (BBO#566235)<br>JOHN N. LEWIS & ASSOCIATES<br>21 Merchants Row, 5th Floor<br>Boston, MA 02109<br>(617) 523-0777 |

Dated: April ____, 2005

So Ordered:

_____
United States District Court Judge

LITDOCS/595471.2