UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL J. SULLIVAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM K. WOODRUFF, III, )<br>WOODRUFF FAMILY, LTD. and )<br>OPTICAL SWITCH CORPORATION )<br>Defendants. )<br>) | Civil Action No.<br>05-CV-10310-MLW |

## **NOTICE OF APPEARANCE**

1. Notice is hereby given of the entry of the undersigned as counsel of record for Defendants William K. Woodruff, III, Woodruff Family, Ltd., and Optical Switch Corporation.

2. Pursuant to Fed. R. Civ. P. 5, all further notices and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

> Samuel L. Boyd
> *BOYD & ASSOCIATES*
> 6440 N. Central Expressway, Suite 600
> Dallas, Texas 75206
> (214) 696-2300

Dated: May 20, 2005

                                  Respectfully submitted,

                                  **BOYD & ASSOCIATES**

                                  /s/ Samuel L. Boyd
                                  *Samuel L. Boyd, P.C.*
                                  State Bar No. 02777500

                                  600 University Tower, LB 48
                                  6440 N. Central Expressway
                                  Dallas, Texas 75206
                                  (214) 696-2300
                                  (214) 363-6856 (fax)

                                  AND

                                  JOHN N. LEWIS & ASSOCIATES

                                  Lawrence R. Mehl (BBO#566235)
                                  JOHN N. LEWIS & ASSOCIATES
                                  21 Merchants Row, 5th Floor
                                  Boston, MA 02109
                                  (617)523-0777

                                  *Attorneys for **WILLIAM K. WOODRUFF, III,
                                  WOODRUFF FAMILY, LTD.** and
                                  **OPTICAL SWITCH CORPORATION***

## CERTIFICATE OF SERVICE

    I hereby certify that on this date, a copy of the foregoing Defendants' Motion to Dismiss and Memorandum In Support was served via electronic mail and U.S. Mail upon counsel for the Plaintiff, Victor H. Polk, Jr., Bingham McCutchen LLP, 150 Federal Street, Boston, MA 02110.

/s/ Samuel L. Boyd
Samuel L. Boyd                            May 20, 2005