UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DANIEL J. SULLIVAN )<br><br>Plaintiff, )<br><br>v. )<br><br>WILLIAM K. WOODRUFF, III, )<br>WOODRUFF FAMILY, LTD. and )<br>OPTICAL SWITCH CORPORATION )<br>Defendants. ) | Civil Action No.<br>05-CV-10310-MLW |

### STIPULATED EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

It is hereby stipulated by and between the parties, through their respective counsel, that the plaintiff, Daniel Sullivan, is provided until July 1, 2005 within which to file an opposition to defendants' motion to dismiss that was filed on May 19, 2005.

| DANIEL J. SULLIVAN | WILLIAM K. WOODRUFF, III, WOODRUFF FAMILY, LTD. and OPTICAL SWITCH CORPORATION |
|---|---|
| By: /s/ Serena D. Madar<br>Victor H. Polk, Jr. (BBO # 546099)<br>William F. Benson (BBO # 646808)<br>Serena D. Madar (BBO # 654326)<br>BINGHAM MCCUTCHEN LLP<br>150 Federal Street<br>Boston, MA 02110-1726<br>(617) 951-8000 | By: /s/ Samuel L. Boyd<br>Samuel L. Boyd<br>600 University Tower, L.B. 48<br>6440 N. Central Expressway<br>Dallas, TX 75206<br>(214) 696-2300<br><br>Lawrence R. Mehl (BBO#566235)<br>JOHN N. LEWIS & ASSOCIATES<br>21 Merchants Row, 5th Floor<br>Boston, MA 02109<br>(617) 523-0777 |

Dated: June 1, 2005

So Ordered:

_____
United States District Court Judge

LITDOCS/603533.1