AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

Daniel J. Sullivan

    Plaintiff,

v.

William K. Woodruff, III, Woodruff Family, Ltd. and Optical Switch Corporation

    Defendants.

**APPEARANCE**

Case Number: 05-cv-10310-MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, Daniel J. Sullivan

I certify that I am admitted to practice in this court.

July 1, 2005
Date

*(signature)*
Signature

Bernard J. Bonn III      049140
Print Name      Bar Number

Dechert LLP, 200 Clarendon Street, 27th Floor
Address

Boston     MA     02116
City     State     Zip Code

(617) 728-7143     (617) 426-6567
Phone Number     Fax Number