AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

Daniel J. Sullivan

        Plaintiff,

v.

William K. Woodruff, III, Woodruff Family, Ltd.
and Optical Switch Corporation

        Defendants.

**APPEARANCE**

Case Number:  05-cv-10310-MLW

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Plaintiff, Daniel J. Sullivan

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| July 1, 2005 | *Matthew M. Lyons* |
| Date | Signature |
| | Matthew M. Lyons      657685 |
| | Print Name      Bar Number |
| | Dechert LLP, 200 Clarendon Street, 27th Floor |
| | Address |
| | Boston    MA    02116 |
| | City    State    Zip Code |
| | (617) 728-7116    (617) 426-6567 |
| | Phone Number    Fax Number |