UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL J. SULLIVAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM K. WOODRUFF, III, )<br>WOODRUFF FAMILY, LTD. and )<br>OPTICAL SWITCH CORPORATION )<br>Defendants. )<br>) | Civil Action No.<br>05-CV-10310-MLW |

## ORDER GRANTING DEFENDANTS LEAVE TO FILE PRELIMINARY REPLY TO OPPOSITION OF PLAINTIFF DANIEL J. SULLIVAN TO DEFENDANTS' MOTION TO DISMISS

**CAME ON** to be considered, Defendants' Motion for Leave to File Preliminary Reply to Opposition of Plaintiff Daniel J. Sullivan to Motion to Dismiss, and after considering the pleadings and arguments, the Court is of the opinion that Defendants' Motion for Leave should be granted, as follows:

**IT IS, THEREFORE, ORDERED** that Defendants' Motion for Leave to File Preliminary Reply is hereby granted in its entirety;

**IT IS FURTHER ORDERED** that Defendants are hereby granted leave to file the Preliminary Reply attached to their Motion for Leave as Exhibit A thereto; and

**IT IS FURTHER ORDERED** that Defendants' Preliminary Reply, attached as Exhibit A to their Motion for Leave, is hereby deemed filed as of this date.

Dated: July ____, 2005

**ORDER – Page 1**

-2-

So Ordered:

_____
United States District Court Judge