UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL J. SULLIVAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM K. WOODRUFF, III, )<br>WOODRUFF FAMILY, LTD. and )<br>OPTICAL SWITCH CORPORATION )<br>Defendants. )<br>) | Civil Action No.<br>05-CV-10310-MLW |

## ORDER GRANTING DEFENDANTS LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY

**CAME ON** to be considered, Defendants' Motion for Leave to Conduct Jurisdictional Discovery in this case, and after considering the pleadings and arguments, the Court is of the opinion that said Motion should be granted, as follows:

**IT IS, THEREFORE, ORDERED** that Defendants' Motion for Limited Discovery on Jurisdictional Issues is hereby granted in its entirety; and

**IT IS FURTHER ORDERED** that Defendants are hereby granted leave to conduct jurisdictional discovery from this date until the ____ day of _____, 2005.

Dated: July ____, 2005

So Ordered:

_____
United States District Court Judge

ORDER – Page 1