UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL J. SULLIVAN ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM K. WOODRUFF, III, ) <br> WOODRUFF FAMILY, LTD. and ) <br> OPTICAL SWITCH CORPORATION ) <br> Defendants. ) | Civil Action No. <br> 05-CV-10310-MLW |

### ORDER GRANTING DEFENDANTS LEAVE TO FILE SUPPLEMENTAL REPLY BRIEF AFTER COMPLETION OF JURISDICTIONAL DISCOVERY

**CAME ON** to be considered, Defendants' Motion for Leave to File Supplemental Reply after completing jurisdictional discovery in this case, and after considering the pleadings and arguments, the Court is of the opinion that said Motion should be granted, as follows:

**IT IS, THEREFORE, ORDERED** that Defendants' Motion for Leave to File Supplemental Reply is hereby granted in its entirety; and

**IT IS FURTHER ORDERED** that Defendants are hereby granted leave to file a supplemental reply within twenty-one (21) days of completing jurisdictional discovery; said supplemental brief not to exceed fifteen (15) pages.

Dated: July ____, 2005

So Ordered:

_____
United States District Court Judge

**ORDER – Page 1**