County Court case twice more since the filing of my earlier Affidavit. I have attached as Exhibit 1 to this Affidavit a redlined version of paragraph 9 so that the Court and Defendants can readily see the changes to paragraph 9 of my first Affidavit.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 4th DAY OF AUGUST, 2005.

_____
Daniel J. Sullivan