UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL J. SULLIVAN,<br><br>                    Plaintiff,<br><br>        v.<br><br>WILLIAM K. WOODRUFF, III,<br>WOODRUFF FAMILY, LTD. and<br>OPTICAL SWITCH CORPORATION<br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)   05-CV-10310-MLW<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING MOTION TO WITHDRAW OF
## BOYD & ASSOCIATES AND SAMUEL L. BOYD

**CAME ON** to be considered, Defense Counsel's Motion to Withdraw on the basis of irreconcilable conflicts, and the Texas Court having granted such relief in the Texas case, and the Court having considered the pleadings and attachments, the Court is of the opinion that said Motion should be granted, as follows:

**IT IS, THEREFORE, ORDERED** that Boyd & Associates is hereby discharged as counsel of record in this matter for Defendants, William K. Woodruff, III. Woodruff Family, Ltd. and OPTICAL SWITCH CORPORATION, and the firm shall no longer serve as a counsel of record in this case for any purpose.

**IT IS FURTHER ORDERED** that all future correspondence, pleadings or other matters concerning the above-entitled case be served upon the plaintiffs as follows:

For William K. Woodruff and the Woodruff Family Limited

Mr. William K. Woodruff
3441 Purdue
Dallas, Texas 75225
(214)766-1344 cell

ORDER – Page 1

-2-

For the OSC Shareholder Litigation Trust

Mr. William Roever, Trustee
Attorney at Law (Non-Practicing)
Texas State Bar No. 17162000
3624 Asbury St.
Dallas, Texas 75205-1849
(214) 207-4850 cell

For Optical Switch Corporation

Mr. William A. Roever
Attorney at Law (Non-Practicing)
Texas State Bar No. 17162000
3624 Asbury St.
Dallas, Texas 75205-1849
(214) 207-4850


Dated: September ____, 2005

So Ordered:

_____
United States District Court Judge