```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


DANIEL J. SULLIVAN,            )
     Plaintiff,                )
                               )
     v.                        )    C.A. No. 05-10310-MLW
                               )
WILLIAM WOODRUFF, III,         )
ET AL.,                        )
     Defendants.               )
```

                                ORDER

WOLF, D.J.                                        January 23, 2006

    A hearing on the pending motions will be held on February 27, 2006, at 3:00 p.m.

```
                                   /s/ MARK L. WOLF
                                   UNITED STATES DISTRICT JUDGE
```