UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DANIEL J. SULLIVAN, )
    Plaintiff )
 )
v. ) CIVIL ACTION NO. 05-~~180~~-MLW
 ) 05-10310-
WILLIAM K. WOODRUFF, III, ) mlw
WOODRUFF FAMILY, LTD AND )
OPTICAL SWITCH CORPORATION, )
    Defendants )

### MOTION OF LAWRENCE R. MEHL FOR LEAVE TO ADMIT WILLIAM A. ROEVER TO PRACTICE IN A PARTICULAR CASE

Pursuant to Local Rule 83.5.3(b), Lawrence R. Mehl, an attorney at the firm of John N. Lewis & Associates., moves the Court for leave to allow William A. Roever, Esq., 3624 Asbury Street, Dallas, Texas 75205, to practice before this Court on behalf of the Defendants in the above-captioned matter.

In support of this Motion, the undersigned states:

1. I am a member of the bar of this Court, and have filed an appearance on behalf of the defendants.

2. Attorney Roever has executed a certification which complies with the provisions of Local Rule 83.5.3(b), a copy of which certification is attached as Exhibit A.

3. The undersigned supports this application and shall also appear on behalf of the Defendants. John N. Lewis & Associates. will receive service of pleadings, documents and communications from Plaintiff's counsel and the Court on behalf of the Defendants.

WHEREAS, the undersigned respectively moves the Court to grant the present motion and allow William A. Roever to appear on behalf of the Defendants in the above-

captioned matter.

Respectfully Submitted,

_____
Lawrence R. Mehl (BBO #566235)
JOHN N. LEWIS & ASSOCIATES
21 Merchants Row, 5th Floor
Boston, MA 02109
(617) 523-0777

Dated: February 14, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing document was served via U.S. Mail upon counsel for the Plaintiff, Bernard J. Bonn, III, Dechert LLP, 200 Clarenden Street, Boston, MA 02116

_____
Lawrence R. Mehl          February 14, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DANIEL J. SULLIVAN, )
)
    Plaintiff )
)
CIVIL ACTION No. 05-180-MLW )
v. )
)
WILLIAM K. WOODRUFF )
WOODRUFF FAMILY, LTD. And )
OPTICAL SWITCH CORPORATION )
    Defendants

## CERTIFICATION OF WILLIAM A. ROEVER FOR ADMISSION, PRO HAC VICE

I, William A. Roever, hereby certify as follows:

1. I am an attorney at law in sole practice, 3624 Asbury Street, Dallas, Texas 75205-1849.

2. I am a member in good standing of the bar of the State of Texas.

3. I understand that I am charged with knowing and complying with the Rules of the Court. I have never been disciplined by any court for any reason. There are no pending disciplinary proceedings against me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
William A. Roever
Texas Bar Association # 17162000

Dallas, Texas
February 10, 2006