UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**DANIEL SULLIVAN N**

CIVIL CASE
NO. 05-10310-MLW

V.

**WILLIAM WOODRUFF III, et al**
       Defendant(s)

**NOTICE OF RESCHEDULING**

**WOLF, D.J.**

The **MOTION HEARING/SCHEDULING CONFERENCE** previously scheduled for **FEBRUARY 27, 2006** at **3:00 P.M.** before Judge **Wolf,** in courtroom 10 on the 5th floor, has been RESCHEDULED. It is RESCHEDULED for **MARCH 2, 2006** at 11:00 AM.

SARAH A. THORNTON
CLERK OF COURT

**February 24, 2006**          By:    /s/ Dennis O'Leary
Date                                  Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                          [ntchrgcnf.]