UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL J. SULLIVAN,<br>    Plaintiff<br><br>v.<br><br>WILLIAM K. WOODRUFF, III,<br>WOODRUFF FAMILY, LTD. AND<br>OPTICAL SWITCH CORPORATION,<br>    Defendants | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-CV-10310-MLW<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF CO-COUNSEL FOR THE DEFENDANTS

TO THE Clerk of the Above-Named Court:

Please enter my appearance as co-counsel for the defendants in the above-captioned action. I am a member of the bar of this Court.

Respectfully Submitted,
The defendants,
By their attorney,

_____
John N. Lewis (BBO # 298520)
JOHN N. LEWIS & ASSOCIATES
21 Merchants Row, 5th Floor
Boston, MA  02109
(617) 523-0777

Dated: March 1, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that on this date, a copy of the foregoing document was served upon counsel for the Plaintiff, Bernard J. Bonn, III, Dechert LLP, 200 Clarendon Street, 27th Floor, Boston, MA  02116

_____
John N. Lewis                    March 1, 2006