UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-10310

| Daniel Sullivan | William Woodruff |
|---|---|
| PLAINTIFF | DEFENDANT |
| Bernard Bonn | John Lewis |
| Matthew Lyon | Lawrence Mehl |
|  | William Roever |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 3/2/06 | Court allows motion to admit pro hac vice of William Roever (docket no 34) |
|  | Court denies the defendants' motion to dismiss (docket no 7), motion for jurisdictional discovery (docket no. 18) and motion to file reply brief (docket no 17). |