UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DANIEL J. SULLIVAN<br><br>          Plaintiff,<br><br>    v.<br><br>WILLIAM K. WOODRUFF, III,<br>WOODRUFF FAMILY, LTD. and<br>OPTICAL SWITCH CORPORATION<br><br>          Defendants. | Civil Action No.<br>05-CV-10310-MLW |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereto, by their respective undersigned counsel of record, hereby stipulate and agree to the dismissal of the within action with prejudice, each party to bear his or its own attorneys' fees and costs, with all rights of appeal waived.

Dated: April 21, 2006

DECHERT LLP

By: /s/ Bernard J. Bonn III
    Bernard J. Bonn III (BBO # 049140)
    Matthew M. Lyons (BBO # 657685)
    200 Clarendon Street, 27th Floor
    Boston, MA 02116
    (617) 728-7100
    bernard.bonn@dechert.com
    matthew.lyons@dechert.com

ATTORNEYS FOR PLAINTIFF
DANIEL J. SULLIVAN

JOHN N. LEWIS & ASSOCIATES

By: /s/ Lawrence R. Mehl
    Lawrence R. Mehl (BBO # 566235)
    21 Merchants Row, 5th Floor
    Boston, MA 02109
    (617) 523-0777
    l.mehl@comcast.net

ATTORNEYS FOR DEFENDANTS
WILLIAM K. WOODRUFF, III, WOODRUFF
FAMILY, LTD. and
OPTICAL SWITCH CORPORATION

SO ORDERED:

/s/ Mark L. Wolf
Mark L. Wolf, C.J.
United States District Court

Dated: April 24, 2006

12348087.1.LITIGATION